No. 01–1467.  MISSOURI REPUBLICAN PARTY ET AL. *v.* CONNOR ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 01–1476.  VASEK *v.* MT. SAN JACINTO COLLEGE DISTRICT ET AL.  Ct. App. Cal., 4th App. Dist.  Certiorari denied.

No. 01–1480.  HIGHLANDS INSURANCE CO. *v.* CLERK, SUPERIOR COURT OF NEW JERSEY.  Super. Ct. N. J., App. Div.  Certiorari denied.

No. 01–1512.  GONCE-WARNER *v.* BAYLOR UNIVERSITY.  C. A. 5th Cir.  Certiorari denied.

No. 01–1513.  KRUEGER *v.* PRINCIPI, SECRETARY OF VETERANS AFFAIRS.  C. A. Fed. Cir.  Certiorari denied.

No. 01–1552.  PRATER *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 01–1563.  AYERS, ADMINISTRATRIX OF THE ESTATE OF HARDIN *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 01–1565.  HAWORTH *v.* OFFICE OF PERSONNEL MANAGEMENT.  C. A. Fed. Cir.  Certiorari denied.

No. 01–1580.  JAMES *v.* SUPREME COURT OF THE UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 01–1630.  MOODY *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 01–7623.  PABELLON *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 01–7988.  RIZO *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 01–8092.  LOZANO-ORTIZ *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 01–8133.  ESPINOZA *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.